**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Michael S. Fox, Esq.
Kyle C. Bisceglie, Esq.
212.451.2300

*Counsel to TV Tokyo Corporation
and Nihon Ad Systems, Inc.*

**UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>4KIDS ENTERTAINMENT, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-11607 (SCC) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for TV Tokyo Corporation and Nihon Ad Systems, Inc., parties in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010, and requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following office, post office address, email address, fax and telephone number:

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Attn: Michael S. Fox, Esq.
Park Avenue Tower
65 East 55th Street
New York, New York 10022

1257066-1

Telephone: (212) 451-2300
Facsimile: (212) 451-2222
mfox@olshanlaw.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, in this case.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of TV Tokyo Corporation and Nihon Ad Systems, Inc. to (i) have final orders in non-core matters entered only after de novo review by a district court judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which TV Tokyo Corporation and Nihon Ad Systems, Inc. may or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

1257066-1

Dated: New York, New York
April 6, 2011

                          OLSHAN GRUNDMAN FROME
                          ROSENZWEIG & WOLOSKY LLP

                          By:   /s/ Michael S. Fox
                                Michael S. Fox
                                Kyle C. Bisceglie
                                Park Avenue Tower
                                65 East 55th Street
                                New York, New York 10022
                                (212) 451-2300

                                *Counsel for TV Tokyo Corporation and*
                                *Nihon Ad Systems, Inc.*

**Certificate of Service**

I hereby certify that on April 6, 2011, I caused to be electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing upon the parties registered for electronic service via the Court's electronic transmission facilities.

And, I hereby certify that I caused the foregoing to be mailed by the United States Postal Service, first class mail, to:

Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004

Kaye Scholer LLP
Attention: Michael B. Solow, Esq.
3 First National Plaza, Suite 4100
Chicago, IL 60602

                                                                        /s/ Michael S. Fox
                                                                         MICHAEL S. FOX