# EXHIBIT B

United States Bankruptcy Court
Southern District of New York

| | | |
|---|---|---|
| In re **4KIDS ENTERTAINMENT, INC.**, et al.,[1] | Case No. | **11-1607(SCC) (Jointly Administered)** |
| Debtor(s) | Chapter | **11** |

**AMENDED CONSOLIDATED LIST OF CREDITORS HOLDING UNSECURED CLAIMS**

Following is the **amended consolidated** list of the ~~debtor's~~**debtors'** creditors holding unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of unsecured claims. If a minor child is one of the creditors holding unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| THE POKEMON COMPANY INTERNATIONAL<br>333 108TH AVENUE NE<br>SUITE 1900<br>BELLEVUE, WA 98004 | THE POKEMON COMPANY INTERNATIONAL<br>333 108TH AVENUE NE<br>SUITE 1900<br>BELLEVUE, WA 98004<br>425-274-4855 | Contract | Contingent Unliquidated Disputed | $4,700,000.00 |
| ASATSU-DK, INC.<br>13-1 TSUKUIJI 1-CHOME<br>CHUO-KU, TOKYO<br>JAPAN 104-8172 | ASATSU-DK, INC.<br>13-1 TSUKUIJI 1-CHOME<br>CHUO-KU, TOKYO<br>JAPAN 104-8172<br>81-3-3547-2111 | Contract | Contingent Unliquidated Disputed Subject to Setoff | $4,221,626.36 |
| THE CW NETWORK, LLC<br>3300 W. OLIVE AVENUE<br>BURBANK, CA 91505 | THE CW NETWORK, LLC<br>3300 W. OLIVE AVENUE<br>BURBANK, CA 91505<br>818-977-4692 | Contract | Disputed | $1,987,000.00 |
| HOME FOCUS DEVELOPMENT, LTD<br>C/O LOWENSTEIN SANDLER PC<br>1251 AVENUE OF THE | HOME FOCUS DEVELOPMENT, LTD<br>C/O LOWENSTEIN SANDLER PC<br>1251 AVENUE OF THE AMEICAS<br>18TH FLOOR | Contract | Contingent Unliquidated Disputed | $1,075,000.00 |

---

[1]. **The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: 4Kids Entertainment, Inc. (1380); 4Kids Ad Sales, Inc. (6309); 4Kids Digital Games, Inc. (7645); 4Kids Entertainment Home Video, Inc. (0094); 4Kids Entertainment Licensing, Inc. (3342); 4Kids Entertainment Music, Inc. (6311); 4Kids Productions, Inc. (3593); 4Kids Technology, Inc. (8181); 4Kids Websites, Inc. (7563); 4Sight Licensing Solutions, Inc. (8897); The Summit Media Group, Inc. (2061); and World Martial Arts Productions, Inc. (8492)**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AMERICAS<br>NEW YORK, NY 10020 | NEW YORK, NY 10020<br>JEFFREY J. WILD, ESQ.<br>212-262-6700 | | | |
| TWENTY THREE R.P. ASSOCIATES<br>C/O ADAMS & COMPANY REAL ESTATE, LLC<br>411 FIFTH AVENUE-9TH FLOOR<br>NEW YORK, NY 10016 | TWENTY THREE R.P. ASSOCIATES<br>C/O ADAMS & COMPANY REAL ESTATE, LLC<br>411 FIFTH AVENUE-9TH FLOOR<br>NEW YORK, NY 10016<br>212-679-5500 | Real Estate | Disputed | $103,204.79 |
| ~~JOHN MILITO<br>3830 VALLEY CENTRE DRIVE<br>SUITE 705-405<br>SAN DIEGO, CA 92130~~ | ~~JOHN MILITO<br>3830 VALLEY CENTRE DRIVE<br>SUITE 705-405<br>SAN DIEGO, CA 92130<br>858-442-9915~~ | ~~Contract~~ | ~~Disputed~~ | ~~$113,521.16~~ |
| JPMORGAN CHASE BANK NA<br>P.O. BOX 73661<br>CHICAGO, IL 60673-7761 | JPMORGAN CHASE BANK NA<br>P.O. BOX 73661<br>CHICAGO, IL 60673-7761 | Credit Card | | $67,887.13 |
| ~~BRYAN GANNON<br>C/O CHAOTIC USA ENTERTAINMENT, INC.<br>12481 HIGH BLUFF DRIVE<br>SUITE 201<br>SAN DIEGO, CA 92131~~ | ~~BRYAN GANNON<br>C/O CHAOTIC USA ENTERTAINMENT, INC.<br>12481 HIGH BLUFF DRIVE<br>SUITE 201<br>SAN DIEGO, CA 92131<br>619-992-8219~~ | ~~Contract~~ | ~~Contingent Unliquidated Disputed~~ | ~~$80,000.00~~ |
| JONES DAY<br>901 LAKESIDE AVENUE<br>CLEVELAND, OHIO 44114 | JONES DAY<br>P.O. BOX 70294<br>CLEVELAND, OHIO 44190<br>216-586-3939 | Law Firm | Disputed | $40,685.29 |
| THE PLATFORM<br>15966 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | THE PLATFORM 15966 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br>206-436-7900 | Contract | Disputed | $38,541.75 |
| CINEDIGM<br>CONTENT & ENT GROUP<br>P.O. BOX 26606<br>NEW YORK, NY 10087 | CINEDIGM<br>CONTENT & ENT GROUP<br>P.O. BOX 26606<br>NEW YORK, NY 10087<br>818-587-4880 | Contract | Disputed | $32,500.00 |
| COMMUNICATION BY DESIGN<br>6 THE COURTHOUSE<br>38 KINGSLAND ROAD<br>LONDON E2 8DD UK | COMMUNICATION BY DESIGN<br>6 THE COURTHOUSE<br>38 KINGSLAND ROAD<br>LONDON E2 8DD UK<br>+44 (0) 20 7729 4000 | Vendor | Disputed | $28,802.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ADVANSTAR COMMUNICATIONS**<br>131 W. FIRST STREET<br>DULUTH, MN 55802 | **ADVANSTAR COMMUNICATIONS**<br>131 W. FIRST STREET<br>DULUTH, MN 55802<br>818-227-4057 | **Contract** | **Disputed** | **$23,462.50** |
| **PM CONTRACTING COMPANY, LLC**<br>40 EXCHANGE PLACE<br>19TH FLOOR<br>NEW YORK, NY 10005 | **PM CONTRACTING COMPANY, LLC**<br>40 EXCHANGE PLACE<br>19TH FLOOR<br>NEW YORK, NY 10005<br>KAMEE LACHHMAN<br>212-785-8080 | **Contract** | **Disputed** | **$8,000.00** |
| **WORLDSCREEN**<br>1123 BROADWAY<br>SUITE 1207<br>NEW YORK, NY 10010 | **WORLDSCREEN**<br>1123 BROADWAY<br>SUITE 1207<br>NEW YORK, NY 10010<br>212-924-7260 | **Vendor** | **Disputed** | **$7,500.00** |
| **TSAR & TSAI**<br>245 DUNHUA S. ROAD SEC 1<br>TAIPEI 106 TAIWAN R.O.C. | **TSAR & TSAI**<br>245 DUNHUA S. ROAD SEC 1<br>TAIPEI 106 TAIWAN R.O.C.<br>(02) 2781-4111 | **Law Firm** | **Disputed** | **$4,956.70** |
| **IT LAW GROUP**<br>555 BRYAN STREET #603<br>PALO ALTO, CA 94301 | **IT LAW GROUP**<br>555 BRYAN STREET #603 PALO ALTO, CA 94301<br>650-804-1235 | **Law Firm** | **Disputed** | **$4,234.34** |
| **DONNELLY MECHANICAL CORP**<br>96-59 222ND STREET<br>QUEENS VILLAGE, NY 11429 | **DONNELLY MECHANICAL CORP**<br>96-59 222ND STREET<br>QUEENS VILLAGE, NY 11429<br>718-886-0446 | **Vendor** | **Disputed** | **$4,137.25** |
| **DUN & BRADSTREET**<br>P.O. BOX 75434<br>CHICAGO, IL 60675-5434 | **DUN & BRADSTREET**<br>P.O. BOX 75434<br>CHICAGO, IL 60675-5434<br>800-234-3867 | **Contract** | **Disputed** | **$4,413.12** |
| **NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION**<br>PO BOX 5300<br>ALBANY, NY 12205 | **NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION**<br>PO BOX 5300<br>RE: E-015830908W001-8<br>ALBANY, NY 12205 | **Tax Lien** | **Disputed** | **$3,023.30** |
| **IRON MOUNTAIN RECORDS MGMNT**<br>P.O. BOX 27128<br>NEW YORK, NY 10087-7128 | **IRON MOUNTAIN RECORDS MGMNT**<br>P.O. BOX 27128<br>NEW YORK, NY 10087-7128 | **Vendor** | **Disputed** | **$2,763.95** |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | 770-239-9200 | | | |
| **FEDERAL EXPRESS** P.O. BOX 371461 PITTSBURG, PA 15250 | **FEDERAL EXPRESS** P.O. BOX 371461 PITTSBURG, PA 15250 800-463-3339 | **Vendor** | **Disputed** | **$2,457.80** |
| **EMPLOYMENT DEVELOPMENT DEPT.** P.O. BOX 826846 SACRAMENTO, CA 94246-0001 | **EMPLOYMENT DEVELOPMENT DEPT.** P.O. BOX 826846 SACRAMENTO, CA 94246-0001 866-564-4228 | **Contract** | **Disputed** | **$2,360.92** |
| **W.B. MASON CO., INC.** P.O. BOX 55840 BOSTON, MA 02205-5840 | **W.B. MASON CO., INC.** P.O. BOX 55840 BOSTON, MA 02205-5840 800-242-5892 | **Contract** | **Disputed** | **$2,148.53** |
| **KILBURN & STRODE** 20 RED LION STREET LONDON WC1R4PJ | **KILBURN & STRODE** 20 RED LION STREET LONDON WC1R4PJ +44 (0)20-7539 4200 | **Law Firm** | **Disputed** | **$2,123.59** |
| **COFFEE DISTRIBUTION CORP.** 200 BROADWAY P.O. BOX 766 NEW HYDE PARK, NY 11040-0604 | **COFFEE DISTRIBUTION CORP.** 200 BROADWAY P.O. BOX 766 NEW HYDE PARK, NY 11040-0604 RUTH 516-746-7010 | **Vendor** | **Disputed** | **$3,139.85** |
| **VERIZON BUSINESS** P.O. BOX 382040 PITTSBURGH, PA 15251 | **VERIZON BUSINESS** P.O. BOX 382040 PITTSBURGH, PA 15251 800-234-1000 | **Vendor** | **Disputed** | **$1,662.92** |
| **DGA SECURITY SYSTEMS, INC.** 20 W. 47TH STREET NEW YORK, NY 10036 | **DGA SECURITY SYSTEMS, INC.** 20 W. 47TH STREET NEW YORK, NY 10036 ANDRES ALDAHONDO 212-840-5153 | **Vendor** | **Disputed** | **$1,595.69** |
| **STAPLES BUSINESS ADVANTAGE DEPT.** P.O. BOX 415256 BOSTON, MA 02241-5256 | **STAPLES BUSINESS ADVANTAGE DEPT.** P.O. BOX 415256 BOSTON, MA 02241-5256 800-828-9949 | **Vendor** | **Disputed** | **$1,250.90** |
| **DIAL CAR INC.** 2104 AVENUE X BROOKLYN, NY 11235 | **DIAL CAR INC.** 2104 AVENUE X BROOKLYN, NY 11235 718-743-8383 | **Vendor** | **Disputed** | **$1,076.43** |
| **CORPORATE COFFEE** 745 SUMMA AVENUE | **CORPORATE COFFEE** 745 SUMMA AVENUE | **Vendor** | **Disputed** | **$1,052.60** |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| WESTBURY, NY 11590 | WESTBURY, NY 11590<br>800-284-CORP | | | |
| JAGUAR CONSULTING, INC.<br>117 E. COLORADO BLVD<br>SUITE 225<br>PASADENA, CA 91105 | JAGUAR CONSULTING, INC.<br>117 E. COLORADO BLVD<br>SUITE 225<br>PASADENA, CA 91105<br>626-796-1955 | Consulting Services | Disputed | $1,000.00 |
| IRON MOUNTAIN<br>P.O. BOX 27129<br>NEW YORK, NY 10087-7129 | IRON MOUNTAIN<br>P.O. BOX 27129<br>NEW YORK, NY 10087-7129 | Vendor | Disputed | $937.40 |
| SDI MEDIA USA, INC.<br>10950 WASHINGTON BLVD.<br>STUDIO B<br>CULVER CITY, CA 90232 | SDI MEDIA USA, INC.<br>10950 WASHINGTON BLVD.<br>STUDIO B<br>CULVER CITY, CA 90232<br>310-388-8800 | Vendor | Disputed | $800.00 |
| EATON CORPORATION<br>P.O. BOX 93531<br>CHICAGO, IL 60673 | EATON CORPORATION<br>P.O. BOX 93531<br>CHICAGO, IL 60673<br>412-893-3662 | Vendor | Disputed | $519.38 |
| MACO OFFICE SUPPLIES<br>P.O. BOX 8067<br>UNION CITY, NJ 07087 | MACO OFFICE SUPPLIES<br>P.O. BOX 8067<br>UNION CITY, NJ 07087<br>201-867-3309 | Vendor | Disputed | $348.29 |
| VERIZON CONFERENCE<br>P.O. BOX 371838<br>PITTSBURGH, PA 15251 | VERIZON CONFERENCE<br>P.O. BOX 371838<br>PITTSBURGH, PA 15251<br>800-475-0600 | Vendor | Disputed | $331.01 |
| TERMINIX<br>P.O. BOX 742592<br>CINCINNATI, OH 45274 | TERMINIX<br>P.O. BOX 742592<br>CINCINNATI, OH 45274<br>800-TERMINIX | Vendor | Disputed | $90.37 |
| SECURESHRED LLC<br>55 TOLEDO STREET<br>S. FARMINGDALE, NY 11735 | SECURESHRED LLC<br>55 TOLEDO STREET<br>S. FARMINGDALE, NY 11735<br>631-777-1330 | Vendor | Disputed | $87.10 |

Document comparison by Workshare Professional on Tuesday, April 26, 2011 9:48:03 AM

| **Input:** | |
|---|---|
| Document 1 ID | C:\Temp\KDocs\32121366_V15.DOCX |
| Description | C:\Temp\KDocs\32121366_V15.DOCX |
| Document 2 ID | C:\Temp\KDocs\32132968_V4.DOCX |
| Description | C:\Temp\KDocs\32132968_V4.DOCX |
| Rendering set | Style D |

| **Legend:** | |
|---|---|
| **<u>Insertion</u>** | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| **Statistics:** | |
|---|---|
|  | Count |
| Insertions | 7 |
| Deletions | 30 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 37 |