```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
In re                              :    Case No. 11-11607 (SCC)

4KIDS ENTERTAINMENT, INC., et al., :    Chapter 11

        Debtors.                   :

-----------------------------------X
```

**STATEMENT OF THE UNITED STATES TRUSTEE
OF INABILITY TO APPOINT
<u>COMMITTEE OF UNSECURED CREDITORS</u>**

The United States Trustee for the Southern District of New York (the "United States Trustee") respectfully reports as follows:

1. Voluntary Chapter 11 petitions (the "Petitions") were filed by the debtors in these cases.

2. The United States Trustee has contacted the largest unsecured nonpriority creditors listed in the Petitions and attempted to form an Official Unsecured Creditors' Committee in these cases. However, as of this date, an insufficient number of creditors has indicated a willingness to serve on such a committee.

3. The United States Trustee reserves her right to appoint a committee at some future date if circumstances warrant such appointment.

Dated: New York, New York
April 27, 2011

                                    TRACY HOPE DAVIS
                                    UNITED STATES TRUSTEE

                                By: _/s/ Serene K. Nakano_
                                    SERENE K. NAKANO
                                    33 Whitehall Street, 21st Floor
                                    New York, New York 10004-2112
                                    (212) 510-0505