**PROSKAUER ROSE LLP**
Counsel for BMG Rights Management (US) LLC
Jeffrey W. Levitan
Eleven Times Square
New York, NY 10036-8299
(212) 969-3000

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>4KIDS ENTERTAINMENT, INC., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11607 (SCC) |

NOTICE OF APPEARANCE AND<br><u>REQUEST FOR NOTICE</u>

**TO THE CLERK OF THE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE**, that the undersigned appears in the above-captioned Chapter 11 cases on behalf of BMG Rights Management (US) LLC, as successor in interest to Cherry Lane Music Publishing Company, Inc., a creditor and party-in-interest herein, and pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Sections 342, 704(7), 725 and 1109(b) (to the extent applicable) of Title 11, United States Code, 11 U.S.C. § 101 <u>et</u> <u>seq</u>. (the "<u>Bankruptcy Code</u>"), demands that all notices given or required to be given, and all papers served or required to be served in the above-captioned Chapter 11 cases including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements and all other matters arising in these Chapter 11 cases or in any

related adversary proceeding, be served upon:

>Proskauer Rose LLP
>Eleven Times Square
>New York, NY 10036-8299
>Attn: Jeffrey W. Levitan, Esq.
>Telephone Number: (212) 969-3000
>Facsimile Number: (212) 969-2900
>Email: jlevitan@proskauer.com
>
>- and -
>
>BMG Rights Management (US) LLC
>6 East 32nd Street, 11th Floor
>New York, NY 10016
>Attn: Keith C. Hauprich
>Telephone Number: (212) 561-3527
>Facsimile Number: (212) 683-2040
>Email: keith.hauprich@bmgchrysalis.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to applicable Sections of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise, which affects the Debtors in the above-captioned Chapter 11 cases or any property of the Debtors. This Notice of Appearance and Request for Notice shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any cases, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or

4541/16113-003 current/24216109v1
2

recoupments to which BMG Rights Management (US) LLC, as successor in interest to Cherry Lane Music Publishing Company, Inc., is or may be entitled.

Dated: July 7, 2011
       New York, New York

                            **PROSKAUER ROSE LLP**
                            Counsel for BMG Rights Management (US) LLC

                          By:  /s/ Jeffrey W. Levitan
                               Jeffrey W. Levitan, Esq.
                               Eleven Times Square
                               New York, New York 10036-8299
                               (212) 969-3000

To:     Parties on the Annexed Service List

# Service List

Kaye Scholer LLP
Attn: Michael B. Solow & Seth J. Kleinman
425 Park Avenue
New York, NY 10022

Kaye Scholer LLP
Attn: D. Tyler Nurnberg & Matthew J. Micheli
70 West Madison Street, Suite 4100
Chicago, IL 60602

Office of the United States Trustee
Attn: Serene K. Nakano
33 Whitehall Street, 21st Floor
New York, NY 10004

**PROSKAUER ROSE LLP**
Counsel for BMG Rights Management (US) LLC
Jeffrey W. Levitan
Eleven Times Square
New York, NY 10036-8299
(212) 969-3000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>4KIDS ENTERTAINMENT, INC., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11607 (SCC) |

STATE OF NEW YORK    )
                                      ss.:
COUNTY OF NEW YORK  )

**AFFIDAVIT OF SERVICE**
**BY FIRST CLASS MAIL**

David C. Cooper, being duly sworn, deposes and says that:

1. I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2. On July 7, 2011, I caused true copies of the attached Notice of Appearance and Request for Notice on behalf of BMG Rights Management (US) LLC, as successor in interest to Cherry Lane Music Publishing Company, Inc. (the "Notice of Appearance") to be served upon the parties on the preceding service list via First Class Mail by enclosing the Notice

of Appearance into properly addressed, stamped envelopes and causing the same to be deposited into a designated depository maintained by the United States Postal Service.

        /s/ David C. Cooper
        David C. Cooper

Sworn to before me this
7th day of July, 2011

/s/ Javier Santiago
Notary Public, State of New York
No. 01SA6185530
Qualified in New York County
Commission Expires April 21, 2012