```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
In re                             :   Case No. 11-11607 (SCC)

4KIDS ENTERTAINMENT, INC., et al.,:   Chapter 11

              Debtors.            :

----------------------------------X
```

**APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors to the Official Committee of Unsecured Creditors of 4Kids Entertainment, Inc., et al.:

1. The Pokemon Company International, Inc.
   333 108th Avenue NE, 13th Floor
   Bellevue, WA  98004
   Att: Don McGowan, General Counsel
   (t)  425-274-4857
   (f)  425-274-1041
   d.mcgowan@pokemon.com

2. Twenty Third Street Associates
   c/o Adams & Company Real Estate, LLC
   411 Fifth Avenue, 9th Floor
   New York, NY  20027
   (t)  212-679-5500
   Att: James Buslik
   jbuslik@adamsre.com

3. The Cat Fanciers' Association, Inc.
   1805 Atlantic Ave.
   Manasquan, NJ  08736
   (t)  732-528-9797
   (f)  732-528-7391
   Att:  Edward L. Raymond, Jr.
   ed.raymond@thomsonreuters.com

Dated:   New York, New York
         July 8, 2011

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Serene K. Nakano*
SERENE K. NAKANO
Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York  10004
212-510-0505